THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Luzenski Allen
 Cottrell, Appellant.
 
 
 

Appeal From Marion County
 J. Michael Baxley, Circuit Court Judge

Unpublished Opinion No. 2009-UP-010
 Submitted January 2, 2009  Filed January
8, 2009    

AFFIRMED

 
 
 
 Chief Appellate Defender Joseph L. Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka,
 all of Columbia; and Solicitor John Gregory Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM: 
 Luzenski Allen Cottrell appeals his murder conviction and sentence, maintaining
 the trial court erred in allowing the State to introduce evidence of a prior
 arson.  Specifically, Cottrell argues the State misrepresented the evidence it
 would present that would connect Cottrell to the arson and the subsequent
 murder, and as a result of the misrepresentation, the trial court erred in
 failing to grant Cottrells motion for a mistrial.  However, we find sufficient
 evidence in the record supports the trial courts findings that:  (1) clear and
 convincing evidence was presented at trial to show that an arson occurred and
 that Cottrell was involved in it; and (2) evidence of the arson provided motive
 under Rule 404(b), SCRE, and was therefore admissible.  Accordingly, we affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities:  Rule 404(b),
 SCRE (Evidence of other crimes, wrongs, or acts is not admissible to prove the
 character of a person in order to show action in conformity therewith.  It may,
 however, be admissible to show motive, identity, the existence of a common
 scheme or plan, the absence of mistake or accident, or intent.); State v.
 Wilson, 345 S.C. 1, 6, 545 S.E.2d 827, 829 (2001) (If there is any evidence
 to support the admission of the bad act evidence, the trial [courts] ruling
 will not be disturbed on appeal.).
AFFIRMED.
HUFF,
 THOMAS, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.